UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RODNEY LEE LYON,**

    **Plaintiff,**

v.                                                  Case No: 5:20-cv-438-SDM-PRL

**GARY S. BORDERS, PEYTON C.
GRINNELL and BRET RUTZEBECK,**

    **Defendants.**

## ORDER

Before the court is a motion for reconsideration on the court's previous order extending the discovery deadline (Doc. 31). Accordingly, the motion is granted to the extent that the discovery deadline is reduced to December 15, 2021, the dispositive motion is extended to January 4, 2022, the final pretrial conference is set for Monday, March 28, 2022, and the jury trial is set for the April 2022 trial term.

**DONE** and **ORDERED** in Ocala, Florida on December 2, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties